UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| YOUNDA PARSONS, | ) |
| | ) |
| Plaintiff, | ) |
| | )       1:14-cv-56-CLC-SKL |
| v. | ) |
| | ) |
| CHATTANOOGA-HAMILTON COUNTY | ) |
| HOSPITAL AUTHORITY, d/b/a | ) |
| ERLANGER HEALTH SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the Court is a motion to amend complaint [Doc. 12] filed by Plaintiff. Defendant has

not filed any response to Plaintiff's motion, and the Court deems Defendant's failure to respond to

the motion as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2.

Accordingly, Plaintiff's motion [Doc. 12] is **GRANTED** and Plaintiff is **ORDERED** to file her first

amended complaint within **seven days** of entry of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE